UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SAUER,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a national bank; KENNETH CHENG X LU, an individual; U S JIARONG TRADING CO LIMITED, a Colorado corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00673-DAD-JDP<br><br>[Assigned to The Honorable Dale A. Drozd, Courtroom 9]<br><br>**~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE FOR NON-PARTIES JIA DAI AND WINGER CO. TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**<br><br>**Hearing**<br>Judge: Jeremy D. Peterson<br>Date: October 22, 2026<br>Time: 10:00 a.m.<br>Place: Remote (Via Zoom) |

Having considered Non-Parties Jia Dai and Winger Co.'s motion pursuant to L.R. 233 for an order extending their deadline to respond to Plaintiff's Motion to Compel (Dkt. No. 49), the Court **GRANTS** the motion. Non-Parties' deadline to respond to Plaintiff's Motion to Compel is extended to October 15, 2026.

IT IS SO ORDERED.

Dated: September 22, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on September 22, 2026, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/ *Linjun Xu*